```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                          Case No. 19-02089-RNO
Noel Andujar                                                    Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5        User: AutoDocke            Page 1 of 1         Date Rcvd: Feb 27, 2020
                            Form ID: pdf010            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 29, 2020.
          +Josephine C Andujar,   190 Pinewood Drive South,   East Stroudsburg, PA 18302-8678

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2020 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          J. Zac Christman    on behalf of Debtor 1 Noel  Andujar zac@fisherchristman.com,
           office@fisherchristman.com
          James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          John  Fisher    on behalf of Debtor 1 Noel  Andujar johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          Sarah K. McCaffery    on behalf of Creditor   First Guaranty Mortgage Corporation
           smccaffery@squirelaw.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 6

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| **NOEL ANDUJAR** <br> Debtor 1 | **Chapter:** 13 <br> **Case No:** 5-19-bk-02089 RNO |
| **TOYOTA MOTOR CREDIT CORPORATION** <br> Movant(s) <br> vs. <br> **NOEL ANDUJAR** <br> **JOSEPHINE C. ANDUJAR** <br> **CHARLES J. DEHART, III, TRUSTEE** <br> Respondent(s) | **Document No.:** 29 <br><br> **Nature of Proceeding:** Motion for Relief from Automatic Stay |

## ORDER STIPULATION DUE

Upon consideration of the statement made in open court at a hearing held on February 27, 2020, that a settlement has been reached and a stipulation will be filed, it is hereby

**ORDERED**, if a stipulation or a request to relist matter for hearing/trial is not filed by March 28, 2020, the Court may deny this Motion without further notice.

Dated: February 27, 2020

By the Court,

*Robert N. Opel II* (signature)

Robert N. Opel, II, Bankruptcy Judge (BI)

Order Stip Due or Relist – Hrg Called - Revised 04/18