```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                              Case No. 19-02089-RNO
Noel Andujar                                                        Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: AutoDocke           Page 1 of 1           Date Rcvd: Mar 16, 2020
                              Form ID: pdf010           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2020.
        +Josephine C Andujar,   190 Pinewood Dr South,   East Stroudsburg, PA 18302-8678

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:
```
          Chandra Marie Arkema    on behalf of Creditor    First Guaranty Mortgage Corporation
           carkema@squirelaw.com, tuhawkeye@msn.com
          Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
          J. Zac Christman    on behalf of Debtor 1 Noel  Andujar zac@fisherchristman.com,
           office@fisherchristman.com
          James  Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
          John  Fisher    on behalf of Debtor 1 Noel  Andujar johnvfisher@yahoo.com,
           fisherlawoffice@yahoo.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 6
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Noel Andujar <br>     Debtor <br><br> Toyota Motor Credit Corporation <br>     Movant <br> vs. <br><br> Noel Andujar <br>     Debtor <br><br> Josephine C. Andujar <br>     Co-Debtor <br><br> Charles J. DeHart, III, Esquire <br>     Trustee | CHAPTER 13 <br><br> NO. 19-02089 RNO <br><br> 11 U.S.C. Sections 362 and 1301 |

### ORDER

Upon consideration of the foregoing stipulation, it is hereby ORDERED that the Stipulation is approved by the Court. However, this court retains discretion regarding entry of any further order.

Dated: March 13, 2020

By the Court,

_Robert N. Opel, II_
Robert N. Opel, II, Bankruptcy Judge (BI)