# LOCAL BANKRUPTCY FORM 9013-3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:**

Noel Andujar

:
:
:
:
:
:

**Debtor(s)**

First Guaranty Mortgage Corporation

:
:
:
:
:

**Plaintiff(s)/Movant(s)**
**vs.**

:
:

Noel Andujar

Charles J. DeHart, III (Trustee)

:
:
:
:
:
:

**Defendant(s)/Respondent(s)**    :

**CHAPTER** ___13___

**CASE NO.** _5_ - _19_ -bk- _02089-RNO_

**ADVERSARY NO.** __-__ ap-_____
**(if applicable)**

**Nature of Proceeding:** _____

Motion for Relief from Stay

**Document #:** _48_

## REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

Reason for the continuance.

To allow time for the parties to resolve and/or settle the pending Motion for Relief from Stay.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:        June 22, 2020

/s/ Chandra M. Arkema

Attorney for Movant

Name: Chandra M. Arkema

Phone Number: 215-886-8790 Ext 28

---

[1] No alterations or interlineations of this document are permitted.