**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** Noel Andujar | : | CHAPTER 13 |
| | : | CASE NO. 5-19-bk-02089 |
| **Debtor(s)** First Guaranty Mortgage Corporation | : | ADVERSARY NO. ___-___-ap-_____ (if applicable) |
| **Plaintiff(s)/Movant(s)** vs. Noel Andujar | : | Nature of Proceeding: _____ Pleading: Motion for Relief from Stay |
| **Defendant(s)/Respondent(s)** | : | Document #: 48 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

[✔] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[ ] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  [ ] Thirty (30) days.
  [ ] Forty-five (45) days.
  [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: July 29, 2020      /s/ Chandra M. Arkema
                          Attorney for _____

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.