# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Noel Andujar  
          Debtor(s)

BK NO. 19-02089 MJC

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of THE MONEY SOURCE and index same on the master mailing list.

Respectfully submitted,

/s/ Rebecca Solarz  
Rebecca Solarz  
01 Oct 2021, 13:34:12, EDT

KML Law Group, P.C.  
BNY Mellon Independence Center  
701 Market Street, Suite 5000  
Philadelphia, PA 19106  
215-627-1322