# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Noel Andujar  　　　　　　　　　BK NO. 19-02089 MJC
　　　　　　　Debtor(s)

　　　　　　　　　　　　　　　　　　　Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

　　Kindly enter my appearance on behalf of MidFirst Bank and index same on the master mailing list.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　**/s/ Michael P. Farrington, Esquire**
　　　　　　　　　　　　　　　　　Michael P. Farrington, Esquire
　　　　　　　　　　　　　　　　　Attorney I.D. No. 329636
　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　mfarrington@kmllawgroup.com

Case 5:19-bk-02089-MJC    Doc 78    Filed 04/11/23    Entered 04/11/23 09:30:14    Desc
Main Document    Page 1 of 1