United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Noel Andujar  
    Debtor

Case No. 19-02089-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 4  
Date Rcvd: Dec 26, 2024      Form ID: pdf010      Total Noticed: 60

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Noel Andujar, 190 Pinewood Drive South, East Stroudsburg, PA 18302-8678 |
| 5198435 | + | Hladik, Onororato & Federman LLP, 298 Wissahicken Avenue, North Wales PA 19454-4156 |
| 5198436 | + | Hladik, Onororato & Federman LLP, 298 Wissahicken Avenue, North Wales PA 19454-4156, Attn: Stephen Hladik, Esq. |
| 5198437 | | Lehigh Valley Health Network, PO Box 781733, Philadelphia PA 19178-1733 |
| 5198438 | + | Lehigh Valley Hospital Hazleton, 700 E Broad Street, Hazleton PA 18201-6835 |
| 5198439 | | Lehigh Valley Hospital Hazleton, PO Box 781733, Philadelphia PA 19178-1733 |
| 5198440 | + | Linebarger Goggan Blair & Sampson LLP, PO Box 90128, Harrisburg PA 17109-0128 |
| 5212683 | + | Linebarger, Gogan, Blair & Sampson, LLP, Client # NYTLTWA3, PO Box 708905, San Antonio TX 78270-8905 |
| 5202003 | + | NAPA AT POCONO MEDICAL CENTER, C.TECH COLLECTIONS, INC., 5505 NESCONSET HWY, MT SINAI, NY 11766-2037 |
| 5212684 | ++ | NYS THRUWAY, 200 SOUTHERN BLVD, PO BOX 189, ALBANY NY 12201-0189 address filed with court:, New York State Thruway Authority, Administrative Headquarters, 200 Southern Blvd., P.O. Box 189, Albany, NY 12201-0189 |
| 5198444 | + | Pennsylvania HM Associates PC, 206 E Brown St, East Stroudsburg, PA 18301-3006 |
| 5198445 | + | Pocono Medical Center, 206 East Brown Street, E Stroudsburg PA 18301-3094 |
| 5198446 | | Pocono Medical Center, PO Box 822009, Philadelphia PA 191822009 |
| 5198461 | + | Wells Fargo, PO Box 6422, Carrol Stream IL 60197-6422 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BK@servicingdivision.com | Dec 26 2024 19:00:00 | First Guaranty Mortgage Corporation c/o Rushmore L, 500 South Broad Street Suite 100A, Meriden, CT 06450-6755 |
| cr | + | Email/Text: TheMoneySourceBKNotices@nationalbankruptcy.com | Dec 26 2024 19:00:00 | The Money Source Inc., 14841 Dallas Pkwy Suite 425, Dallas, TX 75254-8067 |
| 5198423 | + | Email/PDF: bncnotices@becket-lee.com | Dec 26 2024 19:05:57 | American Express, PO Box 981537, El Paso TX 79998-1537 |
| 5210219 | | Email/PDF: bncnotices@becket-lee.com | Dec 26 2024 19:05:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5198424 | | Email/Text: bankruptcy@ctech-collects.com | Dec 26 2024 19:00:00 | C Tech Collections, 5505 Nesconset Hwy., Suite 200, Mount Sinai NY 11766-2026 |
| 5198425 | | Email/Text: caineweiner@ebn.phinsolutions.com | Dec 26 2024 19:00:04 | Caine & Weiner, 5805 Sepulveda Blvd. 4th floor, Sherman Oaks CA 91411 |
| 5198426 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 26 2024 19:18:45 | Capital One, PO Box 30281, Salt Lake City UT 84130-0281 |
| 5204566 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 26 2024 19:06:05 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5198431 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 26 2024 19:00:00 | Credit Collection Service, 725 Canton Street, Norwood MA 02062-2679 |
| 5198430 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 26 2024 19:00:00 | Credit Collection Service, PO Box 607, Norwood |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| | | | | MA 02062-0607 |
| 5198432 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 26 2024 19:06:07 | Credit One Bank, PO Box 98872, Las Vegas NV 89193-8872 |
| 5198433 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 26 2024 19:06:05 | Credit One Bank, PO Box 98873, Las Vegas NV 89193-8873 |
| 5200646 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Dec 26 2024 19:00:00 | EMERGENCY PHYSICIANS ASSOCIATES OF PA, WAKEFIELD AND ASSOCIATES, PO BOX 50250, KNOXVILLE,TN 37950-0250 |
| 5222024 | | Email/Text: BNCnotices@dcmservices.com | Dec 26 2024 19:00:00 | Emergency Physician Associate of PA, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5202008 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 26 2024 19:00:00 | First Guaranty Mortgage Corporation, c/o Rushmore Loan Management Services, P.O. Box 55004, Irvine, CA 92619-5004 |
| 5198434 | | Email/Text: argbsref@geico.com | Dec 26 2024 19:00:00 | Geico, One Geico Place, Bethesda MD 20810-0001 |
| 5198427 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 26 2024 19:05:57 | Chase, PO Box 15298, Wilmington DE 19850 |
| 5198429 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 26 2024 19:05:56 | Chase Card, PO Box 15369, Wilmington DE 19850 |
| 5198442 | | Email/Text: BankruptcyEast@firstenergycorp.com | Dec 26 2024 19:00:00 | Met-Ed, PO Box 16001, Reading, PA 196122 |
| 5225230 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Dec 26 2024 19:00:00 | Met Ed/FirstEnergy, 101 Crawfords Corner Rd, Bldg 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 5198441 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Dec 26 2024 19:00:00 | Met-Ed, PO Box 3687, Akron OH 44309-3687 |
| 5517856 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 26 2024 19:06:04 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 5517855 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Dec 26 2024 19:18:47 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 5198443 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 26 2024 19:00:00 | Midland Funding LLC, 2365 Northside Drive, Suite 300, San Diego CA 92108-2710 |
| 5213014 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 26 2024 19:00:00 | NPRTO North-East, LLC, 256 West Data Drive, Draper, UT 84020-2315 |
| 5212684 | | Email/Text: bankruptcy@thruway.ny.gov | Dec 26 2024 19:00:00 | New York State Thruway Authority, Administrative Headquarters, 200 Southern Blvd., P.O. Box 189, Albany, NY 12201-0189 |
| 5202455 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 26 2024 19:00:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 5222026 | | Email/Text: BNCnotices@dcmservices.com | Dec 26 2024 19:00:00 | Pennsylvania HM Associates, PC, PO Box 1123, Minneapolis, MN 55440-1123 |
| 5198447 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Dec 26 2024 19:00:00 | Progressive Insurance, 300 N Commons Blvd, Datalah Mayfield Village OH 44143-1589 |
| 5198448 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 26 2024 19:00:00 | Progressive Leasing, 256 Data Drive, Draper UT 84020-2315 |
| 5198449 | + | Email/Text: ecfbankruptcy@progleasing.com | Dec 26 2024 19:00:00 | Progressive Leasing, 256 West Data Drive, Salt Lake City UT 84020-2315 |
| 5198450 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 26 2024 19:00:00 | Rushmore Loan Managment, 15480 Laguna Canyon Road, Irvine CA 92618-2132 |
| 5198451 | + | Email/Text: home.fss-bankruptcy.934c00@statefarm.com | Dec 26 2024 19:00:00 | State Farm Mutual Automobile Insurance, One State Farm Drive, Concordville PA 19339-9300 |
| 5198453 | | Email/Text: bankruptcy@td.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Dec 26 2024 19:00:00 | TD Bank N.A., 32 Chestnut Street, Lewiston ME 04240 |
| 5198452 | + | Email/Text: bankruptcy@td.com | Dec 26 2024 19:00:00 | TD Bank, 200 Carolina Point Parkway, Building B, Greenville SC 29607-5766 |
| 5198454 | + | Email/Text: bncmail@w-legal.com | Dec 26 2024 19:00:00 | TD Bank USA, PO Box 673, Minneapolis MN 55440-0673 |
| 5435235 | + | Email/Text: BK@servicingdivision.com | Dec 26 2024 19:00:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 5435236 | + | Email/Text: BK@servicingdivision.com | Dec 26 2024 19:00:00 | The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450, The Money Source Inc., 500 South Broad Street Suite 100A, Meriden, Connecticut 06450-6755 |
| 5198455 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Dec 26 2024 19:00:00 | Toyota Motor Credit, 5005 N River Blvd NE, Cedar Rapids IA 52411-6634 |
| 5214008 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Dec 26 2024 19:00:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 5198456 | + | Email/Text: bankruptcydepartment@tsico.com | Dec 26 2024 19:00:00 | Transworld Systems, PO Box 15273, Wilmington DE 19850-5273 |
| 5201506 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Dec 26 2024 19:05:57 | U.S. Department of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 5198458 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Dec 26 2024 19:00:00 | Wakefield and Associates, 7005 Middlebrook Pike, Knoxville, TN 37909 |
| 5198457 | | Email/Text: bankruptcy.accounts@wakeassoc.com | Dec 26 2024 19:00:00 | Wakefield and Associates, PO Box 50250, Knoxville, TN 37950 |
| 5198459 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 26 2024 19:06:13 | Wells Fargo, PO Box 14517, Des Moines IA 50306-3517 |
| 5198460 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 26 2024 19:06:05 | Wells Fargo, PO Box 10335, Des Moines IA 50306-0335 |
| 5198462 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 26 2024 19:06:17 | Wells Fargo Bank Auto, PO Box 29704, Mac X0301-02D, Phoenix AZ 85038-9704 |

TOTAL: 47

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | The Money Source Inc., 14841 Dallas Parkway, Suite 425, Dallas, TX 75254-8067 |
| 5198428 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, PO Box 15298, Wilmington DE 19850-5298 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| District/off: 0314-5 | User: AutoDocke | Page 4 of 4 |
| --- | --- | --- |
| Date Rcvd: Dec 26, 2024 | Form ID: pdf010 | Total Noticed: 60 |

Date: Dec 28, 2024　　　　　　　　Signature:　　/s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 26, 2024 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Chandra Marie Arkema | on behalf of Creditor First Guaranty Mortgage Corporation carkema@squirelaw.com tuhawkeye@msn.com |
| Denise E. Carlon | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor THE MONEY SOURCE bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor The Money Source Inc. bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| J. Zac Christman | on behalf of Debtor 1 Noel Andujar zac@jzacchristman.com office@fisherchristman.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| John Fisher | on behalf of Debtor 1 Noel Andujar johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: NOEL ANDUJAR | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 5:19-bk-02089-MJC |

## ORDER

Upon consideration of the Motion to Dismiss the above-captioned case having been filed by Debtor, Dkt. # 82 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and the above captioned case is **DISMISSED**.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: December 23, 2024