| Debtor 1 | Noel Andujar | | Case Number *(if known)* | 19-02089-RNO |
|---|---|---|---|---|
| | First Name | Middle Name Last Name | | |

**Fill in this information to identify the case:**

Debtor 1    Noel Andujar

Debtor 2   

(Spouse, if filing)

United States Bankruptcy Court for the: **Middle District of Pennsylvania**
                                                     (State)

Case number   19-02089-RNO

# Official Form 410S2
## Notice of Postpetition Mortgage Fees, Expenses and Charges    12/16

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.

Filing this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1

**Name of creditor:**   First Guaranty Mortgage Corporation      **Court claim no.** (if known):   9

**Last four digits** of any number you use to identify the debtor's account:    XXXXXX0271

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☐ No

☒ Yes. Date of the last notice:   12/20/2019

### Part 1: Itemize Postpetiton Fees, Expenses, and Charges

**Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.**

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ 0.00 |
| 3. Attorney Fees | 05/27/2020 – Motion For Relief Fee<br>08/21/2020 – Notice of Post Petition Fee | (3) | 850.00<br>150.00<br>$ |
| 4. Filing fees and court costs | 05/27/2020 – Motion For Relief Filing Fee | (4) | 181.00<br>$ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ 0.00 |

| Debtor 1 | Noel Andujar | | | | Case Number *(if known)* | 19-02089-RNO |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| 7. Property inspection fees | 03/26/2020 – Property Inspection Fee<br>04/21/2020 – Property Inspection Fee<br>05/29/2020 – Property Inspection Fee<br>06/26/2020 – Property Inspection Fee | | (7) | $ | 20.00<br>20.00<br>20.00<br>20.00 |
| 8. Tax advances (non-escrow) | | | (8) | $ | 0.00 |
| 9. Insurance advances (non-escrow) | | | (9) | $ | 0.00 |
| 10. Property preservation expenses. Specify: | | | (10) | $ | 0.00 |
| 11. Other. Specify: | | | (11) | $ | |
| 12. Other. Specify: | | | (12) | $ | |
| 13. Other. Specify: | | | (13) | $ | |
| 14. Other. Specify: | | | (14) | $ | |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. §1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Chandra M. Arkema                             Date 08/21/2020
    Signature

Print:    Chandra M. Arkema        Bar No.: 203437   Title   Bankruptcy Attorney
          First name  Middle Name  Last name

Company   RICHARD M. SQUIRE & ASSOCIATES, LLC

Address   115 West Avenue, Suite 104,
          Number          Street

          Jenkintown, PA 19046
          City          State     Zip Code

Contact phone  (215) 886-8790       Email:  carkema@squirelaw.com